# BERKMAN HENOCH

### PETERSON PEDDY & FENCHEL, PC
Attorneys at Law

100 Garden City Plaza, Third Floor
Garden City, New York 11530

Telephone: (516) 222-6200
Facsimile: (516) 222-6209
Website: www.bhpp.com

Steven J. Peddy
Gary H. Friedenberg
Miriam R. Milgrom
Joseph E. Macy*
Rudolf J. Karvay
Robert A. Carruba
Gregory P. Peterson
Saul R. Fenchel**

Bruce J. Bergman
Vinson J. Friedman
Christina Jonathan
Stanley Mishkin
Donna A. Napolitano
Todd C. Steckler
Peter Sullivan

Kaitlyn A. Costello
James E. Durso
Daniel J. Evers
Evelyn P. Flores
Adam S. Kalb
Pesia M. Kinraich

Megan K. McNamara
Randy S. Nissan
Novica Petrovski
Hillary Prada
Eileen M. Ryan
Randy Schaefer
Christopher F. Ulto
Martin E. Valk

**COUNSEL**
Steven Brock
Gilbert Henoch
David R. Kay
MaryBeth Malloy
Terence E. Smolev, P.C.

August 26, 2019

*Via ECF*

Honorable Dora Lizette Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Maddox v. The County of Suffolk, et al.*
     Docket No: 18-cv-05302 (DLI)(RML)

Dear Honorable Judge Irizarry:

  This office acts as special counsel to the Defendants, The County of Suffolk, Dennis M. Brown, Leonard Kasalis, Drew W. Schirmer and Jacqueline Caputi, (collectively, "County Defendants") in the above-referenced action. We write, with the consent of Plaintiff's counsel, Campanelli & Associates, P.C., to advise you that the parties have entered into a settlement agreement to resolve the issues in this action. Simultaneously with this letter, we are filing the fully executed settlement agreement via ECF.

  The parties submit this letter in the nature of a joint request that the Court "So Order" the settlement agreement. Related to the settlement, we are currently holding, in escrow, a stipulation discontinuing the action and a release executed by the Plaintiff. Once we have delivered payment of the settlement monies to Plaintiff's counsel, we have been authorized to deliver the release to the County and file the stipulation discontinuing the action. Please note that the County has approved the settlement and is currently processing the settlement payment.

  Plaintiff's counsel has requested that the Court schedule a control date for conference approximately sixty (60) after the date the agreement is "so ordered" in the event that the County is

# BERKMAN HENOCH
PETERSON PEDDY & FENCHEL, PC

Page 2
Maddox v. The County of Suffolk, et al
August 26, 2019

approximately sixty (60) after the date the agreement is "so ordered" in the event that the County is unable or fails to deliver payment within the time frame contemplated by Section 1.3 thereof.

    Thank you for your consideration of this matter.

                          Respectfully submitted,

                          Berkman, Henoch, Peterson, Peddy
                                & Fenchel, P.C.

                          By:    s/_____
                                Joseph E. Macy

cc: *Via ECF* with enclosures